

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CLAUDIA LOZANO, | § | No. 08-18-00221-CV |
| Appellant, | § | Appeal from the |
| V. | § | 120th District Court |
| SHYRELL ZANELL SHAW, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV2434) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant, Claudia Lozano, has filed an unopposed motion to dismiss this appeal pursuant to Rule 42.1(a)(1) because she no longer wishes to prosecute the appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").

February 7, 2019

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.